AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| AMY BETIT <br><br> *Plaintiff(s)* <br> v. <br> WORLD TRAVEL HOLDINGS, INC. <br><br> *Defendant(s)* | Civil Action No. 0:19cv62394 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   WORLD TRAVEL HOLDINGS, INC.
100 FORDHAM ROAD
BLDG C 2ND FLOOR
WILMINGTON, MA 01887

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Law Offices of Jibrael S. Hindi, PLLC. 110 SE 6th St., Suite 1744, Fort Lauderdale, FL 33301. Phone: (844)542-7235 Email: tom@jibraellaw.com Fax: (855) 529-9540

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 09/26/2019

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Dimas Rodriguez*
Deputy Clerk
U.S. District Courts